**E-filed 7/12/06**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FRANK KENNETH BENSON, | ) | C 06-3774 JF (PR) |
| Petitioner, | ) | ORDER OF TRANSFER |
| vs. | ) | |
| MATT KRAMMER, Warden, et. al., | ) | |
| Respondents. | ) | |

Petitioner, a state prisoner proceeding pro se, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging the California Board of Prison Terms' decision finding him unsuitable for parole after his April 2005 suitability hearing. The hearing occurred at the California State Prison - Folsom located in Folsom, California where Petitioner is currently incarcerated. The prison is located in Sacramento County, which is within the venue of the Eastern District of California. Venue in a habeas action is proper in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); however, the district of confinement is the preferable forum to review the execution of a sentence, such as a parole denial claim. See Habeas L.R. 2254-3(a); Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989).

Order of Transfer
P:\pro-se\sj.jf\hc.06\Benson774trans       1

1 | Accordingly, this case is TRANSFERRED to the United States District Court for the
2 | Eastern District of California, the location of Petitioner's confinement.  <u>See</u> 28 U.S.C.
3 | § 1404(a); Habeas L.R. 2254-3(b)(1).  The Clerk shall transfer the entire file to the
4 | Eastern District of California.
5 |     IT IS SO ORDERED.
6 | DATED:  __7/12/06_____
7 |                                      JEREMY FOGEL
                                     United States District Judge

1  A copy of this ruling was mailed to the following:

2

3  Frank Kenneth Benson
   C-80247
4  Folsom State Prison
   P.O. Box 950
5  Folsom, CA  95763

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order of Transfer
P:\pro-se\sj.jf\hc.06\Benson774trans                  3